IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**JUDGE KOELTL**

| | |
|---|---|
| ANKL LIQUIDATING TRUST, ) | 07 CV 10624 |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | |
| AIRCAST LLC, AIRCAST HOLDING ) | |
| COMPANY LLC, and DJO, LLC ) | |
| ) | |
| Defendants. ) | |

*NOV 27 2007 — U.S.D.C. S.D.N.Y. CASHIERS*

## PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff ANKL Liquidating Trust informs the Court that it has no parent companies, nor does any publicly-held company own 10% or more of Plaintiff's stock.

Respectfully submitted, this 27th day of November 2007.

By: *[signature]*
Jacob D. Krawitz (JK0216)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
E-mail: jkrawitz@pattonboggs.com

4922986

Of Counsel:  T. Michael Guiffré
Jason M.A. Twining
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
E-mail: mguiffre@pattonboggs.com
jtwining@pattonboggs.com

*Attorneys for Plaintiff*

4922986                                   2