IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANKL LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>AIRCAST LLC, AIRCAST HOLDING COMPANY LLC, and DJO, LLC,<br><br>    Defendants. | Case No. 07-CV-10624 (JGK) (DFE) |

## NOTICE OF APPEARANCE

**To the Clerk of this court and all parties of record:**

1. The undersigned attorney enters an appearance as lead counsel in this case for the plaintiff ANKL Liquidating Trust

2. The undersigned attorney is admitted to practice in this court.

Dated: January 22, 2008

T. Michael Guiffré (TG4507)
PATTON BOGGS LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: 202-457-6000
Fax: 202-457-6315
E-mail: mguiffre@pattonboggs.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ANKL LIQUIDATING TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07-CV-10624 (JGK) (DFE) |
| | ) | |
| v. | ) | |
| | ) | |
| AIRCAST LLC, AIRCAST HOLDING COMPANY LLC, and DJO, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

JACOB D. KRAWITZ, certifies as follows:

1. I am not a party to this action, am over eighteen years of age, and am employed by Patton Boggs LLP, 2550 M Street, NW, Washington, DC 20037.

2. On January 22, 2008, I caused to be served, by Federal Express Overnight Mail, a true copy of the attached Notice of Appearance to:

> Kenneth I. Schacter, Esq.
> Bingham McCutchen LLP
> 399 Park Avenue
> New York, NY 10022-4689

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 22, 2008.

_____
Jacob D. Krawitz