USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANKL LIQUIDATING TRUST,

    Plaintiff,

-against-

AIRCAST LLC, AIRCAST HOLDING COMPANY LLC and DJO, LLC,

    Defendants.

07 CV 10624 (JGK)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that the time for Defendants Aircast LLC, Aircast Holdings Company LLC and DJO, LLC to respond to the Complaint herein shall be extended to and including February 20, 2008.

Dated: New York, New York
      January 23, 2008

BINGHAM MCCUTCHEN LLP

By: _____
   Kenneth I. Schacter

399 Park Avenue
New York, NY 10022
(212) 705-7000

*Attorneys for Defendants*

PATTON BOGGS LLP

By: _____
   T. Michael Guiffré

2550 M Street, N.W.
Washington, D.C. 20037
(202) 457-6000

*Attorneys for Plaintiff*

So Ordered.

John G. Koeltl
U.S.D.J.

1/25/08

A/72393409.1/3204248-0000330306