```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

ANKL,

                Plaintiffs,

   - against -

AIRCAST LLC et al.,

                Defendants.
------------------------------------

07 Civ. 10624 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant's time to move or answer the complaint is extended to April 4, 2008. The plaintiff's time to respond to any motion is extended to April 18, 2008. The defendant's reply, if any, is due May 1, 2008.

SO ORDERED.

Dated: New York, New York
       March 4, 2008

                                  John G. Koeltl
                              United States District Judge