Kenneth I. Schacter
Theo J. Robins
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
(212) 705-7000
kenneth.schacter@bingham.com

*Attorneys for Defendants Aircast LLC,*
*Aircast Holding Company, LCC,*
*and DJO, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| ANKL LIQUIDATING TRUST, | : | |
| | : | |
| Plaintiff, | : | 07-CV-10624 (JGK) |
| | : | |
| - against - | : | **NOTICE OF MOTION** |
| | : | |
| AIRCAST LLC, AIRCAST HOLDING | : | |
| COMPANY, LCC, and DJO, LLC, | : | ECF Case |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Kenneth I. Schacter (the "Schacter Declaration"), dated April 4, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law and all prior proceedings herein, the undersigned will move this Court before the Hon. John G. Koeltl, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, at such time as the Court hereafter determines, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the First through Fifth, Ninth and Tenth Claims for Relief herein on the grounds that (i) the claims fail to state a claim upon which relief may be granted; (ii) certain of such claims are subject to an enforceable arbitration agreement; and (iii)

A/72491544.1

the Third and Fourth Claims do not allege fraud with particularity as required by Rule 9(b); and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering papers, if any, are due within 10 business days of service of these moving papers.

Dated: New York, New York
April 4, 2008

**BINGHAM MCCUTCHEN LLP**

By: s/ Kenneth I. Schacter
Kenneth I. Schacter
Theo J. Robins
399 Park Avenue
New York, NY  10022-4689
Telephone: (212) 705-7000
Facsimile:  (212) 752-5378
kenneth.schacter@bingham.com

*Attorneys for Aircast LLC, Aircast Holding Company LLC and DJO, LLC*

**TO: PATTON BOGGS LLP**
Jacob D. Krawitz
T. Michael Guiffré
Jason M.A. Twining
2550 M Street, N.W.
Washington, D.C. 20037

*Attorneys for Plaintiffs ANKL Liquidating Trust*

A/72491544.1