Kenneth I. Schacter
Theo J. Robins
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York  10022
(212) 705-7000
*Attorneys for Defendants Aircast LLC, Aircast Holding Company, LLC, And DJO, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

| | | |
|---|---|---|
| ANKL LIQUIDATING TRUST, | : | |
| | : | |
| Plaintiff, | : | 07-CV-10624 (JGK) |
| | : | |
| - against - | : | **RULE 7.1 STATEMENT** |
| | : | |
| AIRCAST LLC, AIRCAST HOLDING COMPANY, LLC, and DJO, LLC, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

------------------------------------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendants, certifies that the corporate parent of DJO, LLC is DJO Opco Holdings Inc., a privately held company, and that no publicly held corporation owns 10% or more of the stock of DJO, LLC.

A/72491820.1

Dated: New York, New York
April 4, 2008

**BINGHAM McCUTCHEN LLP**

By: s/ Kenneth I. Schacter
   Kenneth I. Schacter
   Theo J. Robins

  399 Park Avenue
  New York, NY 10022
  (212) 705-7000

*Attorneys for Defendants Aircast LLC, Aircast Holding Company, LCC, and DJO, LLC*

A/72491820.1