Kenneth I. Schacter
Theo J. Robins
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York 10022
(212) 705-7000
*Attorneys for Defendants Aircast LLC,*
*Aircast Holding Company LLC and DJO, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ANKL LIQUIDATING TRUST,

        Plaintiff,

       - against -

AIRCAST LLC, AIRCAST HOLDING
COMPANY LLC, and DJO, LLC,

        Defendants.

------------------------------------------------------------------ x

07-CV-10624 (JGK)

**SUPPLEMENTAL RULE 7.1**
**DISCLOSURE STATEMENT**

      Defendant Aircast LLC is a wholly-owned subsidiary of defendant DJO, LLC. Defendant Aircast Holding Company LLC is now dissolved, but was formerly a wholly-owned subsidiary of DJO, LLC. Defendant DJO, LLC is a wholly-owned subsidiary of DJO Opco

A/72491820.1

Holdings, Inc. a privately held company.

Dated: New York, New York  
April 15, 2008

**BINGHAM MCCUTCHEN LLP**

By: /s/ Kenneth I. Schacter
  Kenneth I. Schacter
  Theo J. Robins
  399 Park Avenue
  New York, NY 10022-4689
  Telephone: (212) 705-7000
  Facsimile: (212) 752-5378
  kenneth.schacter@bingham.com

*Attorneys for Defendants Aircast LLC, Aircast Holding Company LLC and DJO, LLC*

A/72491820.1