UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANKL LIQUIDATING TRUST,

    Plaintiff,

-against-

AIRCAST LLC, AIRCAST HOLDING
COMPANY LLC and DJO, LLC,

    Defendants.

07 CV 10624 (JGK)

STIPULATION AND ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties in the above-captioned action, that, pursuant to Local Civil Rule 1.4 and for the reasons set forth in the accompanying affidavit, Jacob D. Krawitz be allowed to withdraw as counsel of record from this case.

Dated: April 10, 2008

PATTON BOGGS LLP

By: _____
    T. Michael Guiffré

2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000

*Attorneys for Plaintiff*

BINGHAM MCCUTCHEN LLP

By: _____
    Kenneth I. Schacter

399 Park Avenue
New York, NY 10022
(202) 705-7000

*Attorneys for Defendants*

SO ORDERED:

_____
Hon. John G. Koeltl
4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANKL LIQUIDATING TRUST,<br><br>　　　　Plaintiff,<br><br>　　-against-<br><br>AIRCAST LLC, AIRCAST HOLDING COMPANY LLC and DJO, LLC,<br><br>　　　　Defendants. | 07 CV 10624 (JGK)<br><br>**AFFIDAVIT OF JACOB D. KRAWITZ** |

JACOB D. KRAWITZ, being duly sworn, deposes and states that:

1. I am an attorney associated with the law firm of Patton Boggs LLP.

2. I am co-counsel of record for plaintiff ANKL Liquidating Trust in the above-captioned action.

3. I recently accepted employment with the United States Securities and Exchange Commission and will be resigning from Patton Boggs LLP.

4. T. Michael Guiffre, a member of Patton Boggs LLP, will remain lead counsel for the plaintiff in this matter.

5. On April 4, 2008, the defendants filed their Motion to Dismiss this action.

6. Plaintiff's Opposition to Defendants' Motion to Dismiss this action is due on April 18, 2008.

7. My withdrawal from this matter will not prejudice our client, nor will it affect the trial calendar.

WHEREFORE, the undersigned attorney respectfully prays that the Court grant his leave to withdraw as counsel of record in this case.

Dated:   April 10, 2008

*Jacob D. Krawitz*
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20007
(202) 457-6000

Subscribed and sworn to before me

This 10th day of April, 2008.

Notary Public

Sharon L. Roseberry
Notary Public, District of Columbia
My Commission Expires 1/14/2012