UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANKL LIQUIDATING TRUST,

Plaintiff,

-against-

AIRCAST LLC, AIRCAST HOLDING COMPANY LLC and DJO, LLC,

Defendants.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/16/08

07 CV 10624 (JGK)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that the time for Plaintiff to respond to Defendants' Motion to Dismiss shall be extended to and including April 30, 2008. Defendants shall file their reply, if any, on or before May 16, 2008.

This is the parties' first extension of time. The original date for Plaintiff's response to Defendants' Motion to Dismiss was April 18, 2008. The original date for Defendants' reply, if any, was May 1, 2008.

Dated: April 10, 2008

PATTON BOGGS LLP

By: _____
T. Michael Guiffré

2550 M Street, N.W.
Washington, DC 20037
(202) 457-6000

*Attorneys for Plaintiff*

BINGHAM MCCUTCHEN LLP

By: _____
Kenneth I. Schacter

399 Park Avenue
New York, NY 10022
(202) 705-7000

*Attorneys for Defendants*

SO ORDERED:

_____
Hon. John G. Koeltl

4/15/08